CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>VIROSA, INC., a Florida Corporation; SHAILESH KUMAR, an individual; VIJAY PATEL, an individual; ROHIT PATEL, an individual; ROHIT DESAI, an individual; and ANDRE HERNANDEZ, an individual,<br><br>          Defendants. | Civil Action Number 09-2199 (WJM)<br><br><br>**ORDER** |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"),   for an Order vacating the default entered against defendants Vijay Patel, Shailesh Kumar, Rohit Patel, Rohit Desai, and Andre Hernandez and granting THI leave to file an Amended Complaint against Virosa, Inc. Vijay Patel, Shailesh Kumar, Rohit Patel, Rohit Desai, and Andre Hernandez, and the Court having considered the written submissions, and for good cause having been shown

**IT IS** on this *4th* day of *August*, 2010,

**ORDERED,** that the August 12, 2009 default against defendant Rohit Patel, is hereby vacated; and it is further;

**ORDERED** that the September 4, 2009 default against defendant Andre Hernandez is hereby vacated; and it is further

**ORDERED** that the September 8, 2009 default against defendant Shailesh Kumar is hereby vacated; and it is further

**ORDERED** that the November 3, 2009 defaults against defendants Vijay Patel and Rohit Desai are hereby vacated; and it is further

**ORDERED** that THI is granted leave to file an Amended Complaint against Virosa, Inc., Vijay Patel, Shailesh Kumar, Rohit Patel, Rohit Desai, and Andre Hernandez ; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within 10 days of counsel's receipt of this Order.

William J. Martini, U.S.D.J.